# United States Bankruptcy Court
# Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

## NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Michael Brian Summers

**BANKRUPTCY NO.** 1:13−bk−17283−VK

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−7297
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 1/22/14

**Address:**
4090 GERTRUDE ST
Simi Valley, CA 93063

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

Dated: January 22, 2014

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ntcdsm Rev. 03/09) VAN−24

**17 / AL**